No. 77.   GUNACA *v.* NATIONAL LABOR RELATIONS BOARD EX REL. KOHLER COMPANY.

*Per Curiam:* Upon suggestion of mootness by all the parties, the judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the cause as moot.

*Joseph L. Rauh, Jr., Daniel H. Pollitt, John Silard* and

*Harold A. Cranefield* for petitioner. *Solicitor General Rankin* and *Jerome D. Fenton* for the National Labor Relations Board. *Jerome Powell* for the Kohler Company, respondent.